UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

TASHELL JOHNSON, :
          Plaintiff, :
           :
    v. :    No. 5:20-cv-05501
           :
ADECCO USA, :
          Defendant. :
_____

# O R D E R

**AND NOW**, this 19th day of July, 2021, upon consideration of Defendant's Motion to Compel Arbitration and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    The Motion to Compel Arbitration, ECF No. 5, is **GRANTED**.

    2.    The above-captioned action is **STAYED** pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, pending the conclusion of the arbitration.

    3.    The parties are directed to submit a joint status report to the Court on **the first day of each month, commencing on October 1, 2021, and every other month thereafter**, to report on the status of this case, including but not limited to the date scheduled for arbitration and the outcome of any completed arbitration.

    4.    **Within thirty days of the completion of the arbitration**, the parties are directed to notify the Court that the arbitration has concluded and the above-captioned action is ready to proceed.

                                          BY THE COURT:

                                          */s/ Joseph F. Leeson, Jr.*
                                          JOSEPH F. LEESON, JR.
                                          United States District Judge